UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BHAVNA & BHAVNA LLC, dba Days Inn by Wyndham Indio,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-CV-1144 JLS (LL)<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH ORDER TO SHOW CAUSE** |

On February 1, 2021, the Court issued an Order ("Order," ECF No. 6) ordering Plaintiff Fernando Gastelum to show cause why this action should not be dismissed for failure to prosecute. The Court ordered Plaintiff to "file an affidavit or otherwise establish default within thirty days (30) from the date which this order is electronically docketed." *Id.* at 2 (emphasis omitted). The Court warned that failure to comply with the Order may result in dismissal of the action. *Id.* Although more than thirty days have elapsed since the electronic docketing of the Order, Plaintiff has failed to comply with the Order. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to

///

///

///

prosecute and failure to comply with the Order.  The Clerk of the Court **SHALL CLOSE** the file.

     **IT IS SO ORDERED.**

Dated:  March 30, 2021

                                                   *Janis L. Sammartino*
                                                   Hon. Janis L. Sammartino
                                                   United States District Judge